# United States Court of Appeals
## For the First Circuit

No. 15-1280

UNITED STATES OF AMERICA,

Appellee,

v.

JAIME BAUZÓ-SANTIAGO,

Defendant-Appellant.

**ERRATA SHEET**

The opinion for this Court issued August 8, 2017, is amended as follows:

On page 5, line 14:  change "Miranda" to "<u>Miranda</u>"